# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XCEL DATA SYSTEMS, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>DEREK BEST, an individual,<br><br>         Defendant. | 1:08-cv-0613 OWW CCC<br><br>ORDER EXTENDING TIME TO FILE CERTIFICATE OF REVIVOR |

Based on the ex parte application of Plaintiff Xcel Data, and for good cause shown, the time for reinstating Xcel Data Systems, Inc., a California corporation, as a corporation in good standing in the State of California, is GRANTED through and including September 30, 2008.

IT IS SO ORDERED.

Dated:   August 22, 2008                    /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1