James M. Duncan, State Bar No. 161474
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
jduncan@kleinlaw.com

Attorneys for Plaintiff, EXCEL DATA and
Counter-Defendant, Michael Moreno

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| XCEL DATA SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEREK BEST, an individual, and Does 1 through 25, inclusive,<br><br>　　　　Defendant,<br><br>　v.<br><br>Michael Moreno,<br><br>　　　　Third-Party Defendant. | Case No.　1:08 CV 00613-OWW-GSA<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

　　　Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to Voluntary Dispute Resolution Program.

Date: October 28, 2008　　　　　　　　　　By: /s/ James M. Duncan
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,

---

08cv613.stip.vdr.DOC　　　　　　　　　1　　　　　　　　　STIPULATION AND ORDER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 1:08-CV-00613-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Date: October 28, 2008 | By: /s/ John F. Early, Jr._____ |
| | Attorneys for Defendant |

IT IS SO ORDERED.

| | |
|---|---|
| Date:   October 29, 2008 | /s/ OLIVER W. WANGER_____ |
| | UNITED STATES DISTRICT COURT JUDGE |

**KLEIN, DeNATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172