James M. Duncan, State Bar No. 161474
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
jduncan@kleinlaw.com

Attorneys for Plaintiff, XCEL DATA and
Counter-Defendant, Michael Moreno

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| XCELDATA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEREK BEST, an individual, and Does 1 through 25, inclusive,<br><br>　　　　　Defendant,<br><br>　　v.<br><br>MICHAEL MORENO,<br><br>　　　　　Third-Party Defendant | Case No.   1:08 CV 00613-OWW-GSA<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**JOINT STATUS CONFERENCE REPORT**<br><br><br><br>**DATE: April 13, 2009**<br>**TIME: 9:30 a.m.**<br>**COURTROOM: 10 (GSA)**<br><br>**Complaint Filed: March 25, 2008**<br>**Amended Counter Claim Filed:**<br>**October 20, 2008** |

　　　　Through their respective counsel, the parties in the subject action have been engaged in meaningful settlement discussions and, as of April 8, 2009, have reached tentative agreement regarding the primary points of settlement, have exchanged drafts of the Settlement Agreement, and are awaiting client approval as to the final form of the Settlement Agreement. Through their respective counsel, the parties hereby request that

1  this matter be set for further status in approximately two weeks to report on the
2  completion of the settlement.
3
4  Date: April 8, 2009                    KLEIN, DeNATALE, GOLDNER,
                                            COOPER, ROSENLIEB & KIMBALL, LLP
5
6                                         By: /s/ James M Duncan
7                                            JAMES M. DUNCAN
                                              Attorneys for Plaintiff,
                                              XCELDATA, INC. and third-party
8                                             defendant MICHAEL MORENO
9  Date: April 8, 2009
10
11                                        By: /s/ John F. Early
                                              JOHN F. EARLY
12                                            Attorneys for Defendant/Counter-Plaintiff,
                                              DEREK BEST