1  James M. Duncan, State Bar No. 161474
   KLEIN, DENATALE, GOLDNER,
2    COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Avenue, Second Floor
3  Bakersfield, California 93309
   P.O. Box 11172
4  Bakersfield, California 93389-1172
   Telephone: (661) 395-1000
5  Facsimile: (661) 326-0418

7  Attorneys for Plaintiff, XCEL DATA and
   Counter-Defendant, Michael Moreno

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| XCELDATA, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEREK BEST, an individual, and Does 1 through 25, inclusive,<br><br>　　　　Defendant,<br><br>v.<br><br>MICHAEL MORENO,<br><br>　　　　Third-Party Defendant | Case No.  1:08 CV 00613-OWW-GSA<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br><br><br>**Complaint Filed:  March 25, 2008**<br>**Amended Counter Claim Filed:**<br>**October 20, 2008** |

TO THE UNITED STATES DISTRICT COURT:

## STIPULATION

XCELDATA, INC. ("XCEL") and MICHAEL MORENO ("MORENO"), on the one hand, and DEREK BEST ("BEST") on the other hand, hereby Stipulate as follows:

　　　　1.　　　　XCEL, MORENO and BEST, having settled the underlying matter, stipulate to the dismissal of the entire action, including all counter-claims and third-party complaints, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

2. Notwithstanding the dismissal, the parties stipulate that Court shall retain jurisdiction to interpret and enforce the settlement agreement pursuant to California Code of Civil Procedure section 664.6 and the settlement agreement.

3. Except as set forth in the settlement agreement executed by the parties, each side shall bear their own costs, expenses, and fees.

Date: May 5, 2009

By: /s/ James M. Duncan
JAMES M. DUNCAN
Attorneys for Plaintiff,
XCELDATA, INC. and third-party defendant
MICHAEL MORENO

Date: May 5, 2009

By: /s/ John F. Early, Jr.
JOHN F. EARLY
Attorneys for Defendant/Counter-Plaintiff,
DEREK BEST

## **ORDER**

IT IS ORDERED that Case No. 1:08 CV 00613-OWW-GSA is dismissed with prejudice.

Date: 5/6/2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge of the United States District Court